| | |
|---|---|
| 1 | DAN SIEGEL, SBN 056400 |
| 2 | EMILYROSE JOHNS, SBN 294319 |
|   | SIEGEL, YEE, BRUNNER & MEHTA |
| 3 | 475 14th Street, Suite 500 |
|   | Oakland, California 94612 |
| 4 | Telephone: (510) 839-1200 |
| 5 | Facsimile: (510) 444-6698 |
|   | Emails: danmsiegel@gmail.com; |
| 6 | emilyrose@siegelyee.com |
| 7 | DEBORAH M. GOLDEN, *Pro Hac Vice Forthcoming* |
|   | THE LAW OFFICE OF DEBORAH M. GOLDEN |
| 8 | 700 Pennsylvania Ave. SE, 2nd Floor |
| 9 | Washington, DC 20003 |
|   | Telephone: (202) 630-0332 |
| 10 | Email: dgolden@debgoldenlaw.com |
| 11 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| T.C., | ) | Case No. ~~3~~ 4:23-cv-06330-~~AGT~~ YGR |
|   | ) |   |
| Plaintiff, | ) | **[~~PROPOSED~~] ORDER GRANTING** |
|   | ) | **MOTION FOR ADMINISTRATIVE** |
| vs. | ) | **RELIEF PURSUANT TO L.R. 7-11 TO** |
|   | ) | **ALLOW PLAINTIFF TO PROCEED** |
| UNITED STATES OF AMERICA, [FIRST NAME UNKNOWN] GONZALES, and SERGIO SAUCEDO, | ) | **ANONYMOUSLY**; AS AMENDED BY THE COURT |
|   | ) |   |
| Defendants. | ) |   |

*T.C. v., United States of America*, No. ~~3~~ 4:23-cv-06330-~~AGT~~ YGR
[~~Proposed~~] Order Granting Motion for Administrative Relief to Allow Plaintiff to Proceed Anonymously - 1

1  GOOD CAUSE APPEARING, Plaintiff is permitted to proceed in this matter using only her
2  initials, T.C.
3
4  IT IS SO ORDERED.
5
6  Dated: December 22, 2023           _____
7                                     HON. YVONNE GONZALEZ ROGERS
                                      UNITED STATES DISTRICT JUDGE

4   YGR

*T.C. v., United States of America*, No. 3:23-cv-06330-AGT
[Proposed] Order Granting Motion for Administrative Relief to Allow Plaintiff to Proceed Anonymously - 2